No. 89–888. NEW HAMPSHIRE v. DEDRICK. Sup. Ct. N. H. Motion of respondent for leave to proceed *in forma pauperis*

granted. Certiorari denied. 